1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SARA UGAZ, State Bar No. 239031
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5716
     Fax: (415) 703-5843
8    Email: Sara.Ugaz@doj.ca.gov

9  Attorneys for Defendants J. McGrath, J. Baugh, D.
   Webster, and H. Fletcher

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANE MORRISS,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS; WARDEN JOE MCGRATH; CORRECTIONAL OFFICER RONALD JACOBS; CORRECTIONAL OFFICER J. BAUGH; CORRECTIONAL OFFICER FLETCHER; SERGEANT WEBSTER and DOES 1-20,**<br><br>Defendants. | CASE NO. C 06-02471 MJJ<br><br>**NOTICE OF REASSIGNMENT OF COUNSEL**<br><br>AND ORDER |

TO PLAINTIFF'S COUNSEL AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent Defendants J. McGrath, J. Baugh, D. Webster, and H. Fletcher (Defendants) in this case has been changed from Supervising Deputy Attorney General Jonathan L. Wolff to Deputy Attorney General Sara Ugaz.

Not. of Reassignment of Counsel

*Shane Morriss v. CDC, et al.*
Case No. C 06-02471 MJJ

1

1  Please amend your proof of service and files to reflect the Deputy Attorney General
2  assigned to represent Defendants in this case as follows:

    Sara Ugaz
    Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    Telephone: (415) 703-5716
    Facsimile: (415) 703-5843
    Email: Sara.Ugaz@doj.ca.gov

Please remove all other deputies from the Court's service list.

Dated: April 14, 2006

    Respectfully submitted,

    BILL LOCKYER
    Attorney General of the State of California

    JAMES M. HUMES
    Chief Assistant Attorney General

    FRANCES T. GRUNDER
    Senior Assistant Attorney General

    JONATHAN L. WOLFF
    Supervising Deputy Attorney General


    /s/Sara Ugaz

    SARA UGAZ
    Deputy Attorney General

    Attorneys for Defendants J. McGrath, J. Baugh, D. Webster, and H. Fletcher

20044735.wpd

April 19, 2006        United States District Judge