| | |
|---|---|
| 1 | John M. Vrieze, CSB #115397 |
| 2 | MITCHELL, BRISSO, DELANEY AND VRIEZE<br>Attorneys at Law |
| 3 | 814 Seventh St., P. O. Drawer 1008<br>Eureka, CA 95502 |
| 4 | Tel: (707) 443-5643<br>Fax: (707) 444-9586 |
| 5 | Attorneys for Defendant J. Baugh |

ORIGINAL FILED
06 JUL 31 PM 12:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 31 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANE MORRISS, | | CASE NO. C 06-02471 MJJ |
| | Plaintiff, | (formerly Del Norte County Superior Court, Case No. CVUJ04-1106) |
| v. | | |
| | | SUBSTITUTION OF ATTORNEYS + ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; WARDEN JOE McGRATH; CORRECTIONAL OFFICER RONALD JACOBS; CORRECTIONAL OFFICER R. REEDER; CORRECTIONAL OFFICER J. BAUGH; CORRECTIONAL OFFICER FLETCHER; SERGEANT WEBSTER; and DOES 1-20 | | |
| | Defendants. | |

CORRECTIONAL OFFICER J. BAUGH, defendant herein, substitutes Mitchell, Brisso, Delaney & Vrieze, attorneys at law, as his attorneys of record in place of the Attorney General of the State of California, Bill Lockyer, Chief Assistant Attorney General James M. Humes, Senior Assistant Attorney General Frances T. Grunder, Supervising Deputy Attorney General Rochelle C. East, Supervising Deputy Attorney General Jonathan L. Wolff, and Deputy Attorney General Sara Ugaz.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

SUBSTITUTION OF ATTORNEYS

1  Supervising Deputy Attorney General Rochelle C. East, Supervising Deputy Attorney
2  General Jonathan L. Wolff, and Deputy Attorney General Sara Ugaz.

3
4  DATED: July 5, 2006          _____
5                                Correctional Officer J. Baugh
6

7     The undersigned consents to the above substitution.
8
9  DATED: July 18, 2006          By: _____
                                     Sara Ugaz
10                                   For: Attorney General of the State of California
11

12    The undersigned accepts the above substitution.
13
14 DATED: July 24, 2006          MITCHELL, BRISSO, DELANEY & VRIEZE
15                               By: _____
                                     John M. Vrieze
16
17
18
19
20                               IT IS SO ORDERED
21
22                               7/31/06
                                 _____
23                               MARTIN J. JENKINS
                                 UNITED STATES DISTRICT JUDGE
24                               DATE
25
26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
SUBSTITUTION OF ATTORNEYS