IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANE MORRISS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS; WARDEN JOE MCGRATH; CORRECTIONAL OFFICER RONALD JACOBS; CORRECTIONAL OFFICER J. BAUGH; CORRECTIONAL OFFICER FLETCHER; SERGEANT WEBSTER and DOES 1-20,**<br><br>　　　　　　　　　　　　Defendants. | C 06-02471 VRW<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF SHANE MORRISS, CDCR No. J-53134** |

　　　Plaintiff, **SHANE MORRISS, CDCR No. J-53134,** a necessary and material party in settlement proceedings in this case **beginning on April 2, 2008, at 11:00 a.m.**, is confined at California Substance Abuse Treatment Facility and State Prison in the custody of Warden Ken Clark. In order to secure this inmate's attendance at the settlement proceedings scheduled for April 2, 2008 in Courtroom 205A, 2nd Floor, of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Shane Morriss, CDCR No. J-53134, to produce said inmate in **Courtroom 205A, of the United States District Courthouse, 514 H Street, Courtroom 205A, 2nd Floor, Eureka, California 95501, the Honorable Nandor Vadas presiding, beginning on**

**April 2, 2008, at 11:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testifcandum issue, under the seal of this court, commanding the Warden of California Substance Abuse Treatment Facility and State Prison and the California Department of Corrections and Rehabilitation to produce inmate **SHANE MORRISS, CDCR No. J-53134,** to attend settlement proceedings in the United States District Court for the Northern District of California at the time and place above, until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**

To: The Warden of California Substance Abuse Treatment Facility and State Prison,

**YOU ARE COMMANDED** to produce inmate **SHANE MORRISS, CDCR No. J-53134** to attend settlement proceedings in the United States District Court for the Northern District of California at the time and place above, until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 3/10/08

_____
The Honorable Nandor Vadas
United States Magistrate Judge