IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MORRISS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN JOE MCGRATH,<br><br>    Defendants. | Case No C 06-2471 MJJ<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

    A settlement conference in this matter was held on April 2, 2008. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General

    ☒ Other: Alan Sobol for California Department of Corrections and Rehabilitation, John Vrieze, William Barlow, Litigation Coordinator, and John C. Babin for Plaintiff

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before

_____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on

_____.

☐ The parties are unable to reach an agreement at this time.

Date:  4/8/08

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California