John C. Babin - CSB# 96305
BabinLaw, P.C.
P.O. Box 1600
517 Chetco Ave.
Brookings, OR 97415
(541) 469-5331
(541) 469-9865 fax
babinlaw@yahoo.com

Attorney For: Plaintiff Shane Morriss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE MORRISS,<br><br>             Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; WARDEN JOE MCGRATH; CORRECTIONAL OFFICER RONALD JACOBS; CORRECTIONAL OFFICER J. BAUGH; CORRECTIONAL OFFICER FLETCHER; SERGEANT WEBSTER, and does 1-20,<br><br>             Defendants. | CASE NO: C 06-02471 VRW<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure, and each party to bear his own attorneys' fees and costs.

///

///

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Magistrate Judge Vadas will retain jurisdiction as set forth in Paragraph 10 of the settlement agreement, which states, "The California Substance Abuse and Treatment Facility Chief Medical Officer will review Plaintiff's medical records as soon as possible and recommend a course of action for Plaintiff's back pain. Magistrate Judge Vadas will retain jurisdiction for six months, or longer if Plaintiff moves for continued jurisdiction. This continued jurisdiction by Judge Vadas is only in connection with the Chief Medical Officer's review of Plaintiff's medical records and recommended course of action for Plaintiff's back pain, and not for any other reason.

Dated: ~~May~~ June 13, 2008

Jonathan L. Wolff
Supervising Deputy Attorney General
Attorneys for Defendants J. McGrath, D. Webster and H. Fletcher

Dated: ~~May~~ June 3, 2008

John Vrieze - CSB#
Attorney for Defendants Reeder & Baugh

Respectfully Submitted,

Dated: May 26, 2008

John C. Babin - CSB# 96305
Attorney for Plaintiff Shane Morriss

IT IS SO ORDERED.

Dated: June 16, 2008



IT IS SO ORDERED
Judge Vaughn R. Walker
U.S.D.C. JUDGE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BabinLaw, P.C.
P.O. BOX 1600 • 517 CHETCO AVE
BROOKINGS, OREGON 97415-0600
(541) 469-5331 • (541) 469-9865 fax