IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANE MORRISS,                                No   C 06-2471 VRW

    Plaintiff,                              ORDER

    v

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION et al,

    Defendants.
_____/

    On September 21, 2010, plaintiff requested the court dismiss his counsel and permit plaintiff to represent himself.  Doc #37.  Defendants and counsel for plaintiff are accordingly ORDERED to SHOW CAUSE in writing on or before January 7, 2011 why plaintiff's request should not be granted.  Alternatively, if defendants or counsel for plaintiff are not opposed to plaintiff's request, they should so inform the court in writing by not later than January 7, 2011.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge