IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MORRISS, | No   C 06-2471 VRW |
|     Plaintiff, | ORDER |
|     v | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al, | |
|     Defendants. | |

On December 22, 2010, the court ordered the parties to show cause why plaintiff's request to dismiss his counsel should not be granted.  Doc #41.  No party has opposed plaintiff's request, and the deadline for doing so has passed.  Accordingly, plaintiff's request to dismiss his counsel is GRANTED.  Doc #37. Plaintiff may represent himself pursuant to his request.  Doc #37 at 2.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge