United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANE MORRISS,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>           Defendants. | No. CV 06-2471 VRW/NJV<br><br>**ORDER SETTING STATUS CONFERENCE** |

This matter was referred to the undersigned for settlement on February 15, 2008. A settlement conference was held on April 2, 2008, which was attended by the defendants, their counsel, Plaintiff, and his counsel. The case was settled on April 2, 2008, and dismissed on June 16, 2008, pursuant to the stipulation of the parties. The order of dismissal provided that the undersigned would retain jurisdiction "for six months, or longer if plaintiff moves for continued jurisdiction." On November 8, 2010, Plaintiff filed a *pro se* "Notification of Breach of Settlement Agreement and Plaintiff's Motion to Compel Compliance" (Docket No. 40), and this matter was referred to the undersigned pursuant to the above-referenced order of dismissal.

Accordingly, a telephonic status conference is set in this case for Wednesday, April 6, 2011, at 1:00 p.m. Defense counsel is instructed to arrange for the telephonic appearance of Plaintiff. The

parties are instructed to appear for the status conference by calling the Court at 800-684-8852, and using access code 8120805 and security code 4487.

**IT IS SO ORDERED.**

Dated: March 23, 2011

NANDOR J. VADAS
United States Magistrate Judge