IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANE MORRISS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. CV 06-2471 VRW/NJV<br><br>**ORDER VACATING HEARING** |

　　　The hearing in this matter set for June 2, 2011, at 1:00 p.m. is HEREBY VACATED and will be reset by further order.

**IT IS SO ORDERED.**

Dated:  May 24, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANE MORRISS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants.<br>_____ / | No. CV 06-2471 VRW/NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee of the U.S. District Court for the Northern District of California, and that on May 24, 2011, I SERVED a true and correct copy of the Order Vacating Hearing by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Shane Morriss
J-53134
California State Prison
C3-208
P.O. Box 8457
Lancaster, CA 93539

Dated: May 24, 2011

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to Magistrate
Judge Nandor J. Vadas