1    KAMALA D. HARRIS
     Attorney General of California
2    JAY C. RUSSELL
     Supervising Deputy Attorney General
3    MICHAEL J. QUINN
     Deputy Attorney General
4    State Bar No. 209542
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5726
6    Fax:  (415) 703-5843
     E-mail:  Michael.Quinn@doj.ca.gov
7    *Attorneys for Defendants*

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12

     **SHANE MORRISS,**                          C 06-02471 VRW
13
                                    Plaintiff,    [~~PROPOSED~~] **ORDER & WRIT OF**
14                                                **HABEAS CORPUS AD TESTIFICANDUM**
                          v.                      **TO TRANSPORT PLAINTIFF SHANE**
15                                                **MORRISS, CDCR No. J-53134**

16   **CALIFORNIA DEPARTMENT OF**
     **CORRECTIONS; WARDEN JOE**
17   **MCGRATH; CORRECTIONAL OFFICER**
     **RONALD JACOBS; CORRECTIONAL**
18   **OFFICER J. BAUGH; CORRECTIONAL**
     **OFFICER FLETCHER; SERGEANT**
19   **WEBSTER and DOES 1-20,**

20                                  Defendants.

21

22

23

24

25

26

27

28

1    Plaintiff, **SHANE MORRISS, CDCR No. J-53134**, a necessary and material witness in
2    proceedings in this case **beginning on July 15, 2011, at 1:00 p.m.**, is confined at California State
3    Prison, Los Angeles County in the custody of Warden Brenda Cash.  In order to secure this
4    inmate's attendance at the hearing scheduled for July 15, 2011 in Courtroom 14 of the United
5    States District Court for the Northern District of California, it is necessary that a Writ of Habeas
6    Corpus Ad Testificandum issue commanding the custodian of Shane Morriss, CDCR No. J-
7    53134, to produce said inmate in **Courtroom 14 of the United States District Courthouse, 450**
8    **Golden Gate Avenue, 15th Floor, San Francisco, California 94102, the Honorable Nandor**
9    **Vadas presiding, beginning on July 15, 2011, at 1:00 p.m.**

10    **ACCORDINGLY, IT IS ORDERED that:**

11    1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
12    commanding the Warden of California State Prison, Los Angeles County and the California
13    Department of Corrections and Rehabilitation to produce inmate **SHANE MORRISS, CDCR**
14    **No. J-53134,** to testify in the United States District Court for the Northern District of California
15    at the time and place above, until completion of court proceedings or as ordered by the Court, and
16    thereafter to return the inmate to the above institution.

17    2.    The custodian is ordered to notify the Court of any change in custody of this inmate
18    and is ordered to provide the new custodian with a copy of this writ.

19    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

20    To: The Warden of California State Prison, Los Angeles County,

21    **YOU ARE COMMANDED** to produce inmate **SHANE MORRISS, CDCR No. J-53134,**
22    to testify in the United States District Court for the Northern District of California at the time and
23    place above, until completion of court proceedings or as ordered by the Court, and thereafter to
24    return the inmate to the above institution.

25    **FURTHER**, you have been ordered to notify the Court of any change in custody of this
26    inmate and to provide the new custodian with a copy of this writ.

27    / / /

28    / / /

1

1    **IT IS SO ORDERED.**

2

3                    July 11, 2011
     Dated: _____
4

5

6    SF2006200220
     20444966.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judge Nandor J. Vadas

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate (C 06-02471 VRW)