**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                               415.522.2000


**March 2, 2012**

**CASE NUMBER:  CV 06-02471 VRW**
**CASE TITLE:  SHANE MORRISS-v-CALIFORNIA DEPARTMENT OF**
**CORRECTIONS**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Richard Seeborg** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/2/12

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                           Special Projects
Log Book Noted                                                   Entered in Computer 3/2/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA